**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

MEMO ENDORSED

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

July 20, 2022

Honorable Kenneth M. Karas
United States District Judge
United States District Courthouse
300 Quarropas Street
White Plains, NY 10601

By: ECF and Email/PDF

      Re:  *USA v. Tyson Royal*, 22 Cr. 88 (KMK)
         Letter Motion for Adjournment of Sentence

Dear Judge Karas:

  I am appointed to represent the above defendant who is scheduled to be sentenced in this matter on Tuesday, August 2, 2022. I write to the Court, with no objection from the Government, to request an adjournment of sentence to a date in September or thereafter convenient to the Court. This is necessary as I need additional time to review the Probation Office Final PSR with the defendant and to obtain additional documents in support of my pending defense sentencing letter.

  Thank you, Your Honor, for your consideration of this application.

                   Very truly yours,

                   Tanner & Ortega, L.L.P.

                   Howard E. Tanner

cc:  AUSA Jennifer Ong (By ECF and Email/PDF)

*Granted. The sentence will go forward on October 4, 2022 at 10:00 AM*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
7/20/2022