UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States of America,

    -against-　　　　　　　　　　　　　　　ORDER

                                                                Docket No. 22 CR 0088 (KMK)

Tyson Royal,

           Defendant.

-------------------------------------------------------x

KARAS, U.S. DISTRICT JUDGE:

    Howard Tanner, Esq. is to assume representation of the defendant in the above captioned matter, nunc pro tunc as of June 7, 2024. Mr. Tanner is appointed pursuant to the Criminal Justice Act. His address is 175 Main Street, Suite 800, White Plains, NY 10601, phone number 914-358-5998; Fax: 212-962-1778; Email: htanner@tannerortega.com

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       June 20, 2024