UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

TYSON ROYAL,

      Defendant.

22-CR-00088 (KMK)

[PROPOSED] ORDER

WHEREAS, Amended Violation of Supervised Release Charges were filed against the defendant TYSON ROYAL by the United States Probation Department on July 19, 2024;

WHEREAS, ROYAL admitted to specification number 3 of the Amended Violation of Supervised Release Charges on November 18, 2024; and

WHEREAS, on November 18, 2024, the Court sentenced ROYAL to a term of imprisonment of time served and two years of supervised released with a special condition that ROYAL spend six months in a secured Residential Reentry Center or until suitable housing is secured;

IT IS HEREBY ORDERED, that ROYAL reside in a Residential Reentry Center ("RRC") for six (6) months or until such time as ROYAL finds adequate housing approved by the United States Probation Department. During the time ROYAL resides at the RRC, ROYAL must abide by all the rules and regulations of the RRC and all passes for leave must be approved by the Probation Department; and

IT IS FURTHER ORDERED, that ROYAL's contribution toward the cost of subsistence is waived.

November 20, 2024
Dated: White Plains, New York

_____
HONORABLE KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK