**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
170 HAMILTON AVENUE
SUITE 300
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (212) 962-1778

May 8, 2025

Honorable Kenneth M. Karas
United States District Judge
United States District Courthouse
300 Quarropas Street
White Plains, NY 10601

By: ECF and Email/PDF

Re:     *USA v. Tyson Royal*, 22 Cr. 88 (KMK)
        Letter Motion for Adjournment of VOSR Conference

Dear Judge Karas:

I am appointed to represent defendant Tyson Royal in the above VOSR matter, who is scheduled to appear on May 14, 2025 at 11:00 am for a status conference. Due to an unexpected scheduling conflict, I will be unable to appear. I therefore write to the Court to request a short adjournment of the conference. If granted, it is my understanding that May 29, 2025 at 11:00 am is a good date for the Court as well as for the parties. The Government and Probation have no objection to this application.

Thank you, Your Honor, for your consideration of this application.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc:     AUSA Jennifer Ong (By ECF and Email/PDF)
        USPO Hillel Greene (By Email/PDF)

Granted

SO ORDERED:

HON. KENNETH M. KARAS  U.S.D.J.

5/9/25